COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-06-412-CV

 

DR.
JOHN R. BEVERLY AND                                                APPELLANTS

WIFE
MARSHA BEVERLY                                                                      

 

                                                   V.

 

PECAN
PLANTATION OWNERS                                                 APPELLEE

ASSOCIATION,
INC.                                                                            

                                                                                                        

                                               ----------

              FROM
THE 355TH DISTRICT COURT OF HOOD COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellants= AMotion
To Withdraw Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the
appellants, for which let execution issue. 
See Tex. R. App. P. 43.4.

PER CURIAM

PANEL D:  MCCOY, J.; CAYCE, C.J.; and LIVINGSTON,
J.  

 








DELIVERED: January 25,
2007 











[1]See Tex. R. App. P. 47.4.